RADHA R.M. NARUMANCHI *v.* MICHAEL J.
ADANTI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Radha R.M. Narumanchi,* pro se, in support of the petition.

Decided May 28, 1992

STATE OF CONNECTICUT *v.* DARIN SCOTT

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 403, is denied.

BERDON, J., would grant the defendant's petition for certification.

*Susan Brown,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided May 28, 1992

LEO FEDUS AND SONS CONSTRUCTION COMPANY, INC.,
ET AL. *v.* ZONING BOARD OF APPEALS OF THE
TOWN AND BOROUGH OF COLCHESTER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 27 Conn. App. 412, is granted, limited to the following issues:

"1. Does the 'automatic approval' doctrine, applicable to a zoning commission that fails to issue timely decisions on site plan or subdivision applications under General Statutes §§ 8-3 (g) and 8-26, also apply to a zoning board of appeals that fails to hold a hearing on an appeal under General Statutes § 8-7d (a)?